IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01553-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$11,142.20 SEIZED FROM BANK ONE ACCOUNTS FOR THE BENEFIT OF DIXIE GUEBARA,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT the only potential Claimant, Dixie Guebara has disclaimed any interest in defendant property and consents to the forfeiture;

THAT there have been no other Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT forfeiture of defendant $11,142.20 Seized from Bank One Accounts for the Benefit of Dixie Guebara shall enter in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant property under 28 U.S.C. § 2465.

Dated: December 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge